**Yanne VENIERIS, Plaintiff—Appellant,**

v.

**George BUSH, and the Bush Administration; Central Intelligence Agency, Office of Public Affairs; Department of Homeland Security; Federal Marshals; Federal Bureau of Investigation; James City County Police; Newport News Police; Hampton Police; York County Sheriff; City of Williamsburg Police Department; Colonial Williamsburg Foundation Police Department; James City County Fire Department; Williamsburg Fire Department; William and Mary Police Department, Defendants—Appellees.**

No. 09–1469.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

Yanne Venieris, Appellant Pro Se.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yanne Venieris appeals the district court's order dismissing his civil rights complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Venieris v. Bush,* No. 4:09–cv–00042–RBS–TEM (E.D. Va. April 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*